UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC HEALTH REFORM ALLIANCE,

       *Plaintiff*,

    v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

       *Defendant*.

Civil Action No. 25-1726 (RDM)

## JOINT STATUS REPORT

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to this Court's August 27, 2025, Minute Order.

1.      Plaintiff filed this suit on June 2, 2025, and served the U.S. Attorney's Office on or about June 25, 2025.  Plaintiff seeks to compel the production of documents in response to his FOIA requests.

2.      Defendant reports that it has completed searches for responsive records but is not yet in a position to provide an estimate regarding a proposed production schedule.

3.      The Parties report that they intend to continue to work together to address any issues with respect to the processing and production of records.

4.      Accordingly, the parties respectfully propose to file another joint status report in thirty days, on or before October 16, 2025, to provide this Court with an update on the status of the FOIA request and the Parties' engagement.

Dated: September 16, 2025
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/ Kartik N. Venguswamy*
       KARTIK N. VENGUSWAMY
       D.C. Bar No. #983326
       Assistant United States Attorney
       601 D Street, NW
       Washington, D.C. 20530
       Tel: (202) 252-1790
       kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*

*/s/ Jesse R. Binnall*
Jesse R. Binnall (VA022)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com

*Counsel for Plaintiff*

- 2 -